**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL NO.  3:06CR53**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **ORDER OF DISMISSAL** |
| | ) | |
| | ) | |
| **DAVID RONALD TAYLOR, II** | ) | |
| ———————————————— | ) | |

  **THIS MATTER** is before the Court on the Government's motion to dismiss the indictment, the plea agreement and the subsequent guilty plea herein.

  For the reasons stated in the motion and for cause shown,

  **IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment, plea agreement and Defendant's guilty plea are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: May 11, 2007

Lacy H. Thornburg
United States District Judge